IN THE CIRCUIT COURT OF MACON COUNTY
STATE OF ALABAMA

RECEIVED
2006 SEP -5 P 4: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: CV-06-158 |
| MCWHORTER FARMS, LLC; MICHAEL L. ADKINS; LIFESTAR RESPONSE OF ALABAMA, INC. d/b/a CARE AMBULANCE, et al., | ) |
| Defendants. | ) |

NOTICE OF FILING NOTICE OF REMOVAL

TO: Mr. Eddie D. Mallard
Circuit Court of Macon County
P.O. Box 830723
Tuskegee, AL 36083

Please take notice that the defendants McWhorter Farms, LLC and Michael L. Adkins have this day filed their Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Respectfully submitted,

_____
Steven K. Herndon (HER028)
Attorney for Defendants
McWhorter Farms, LLC and
Michael L. Adkins

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 5th day of Sept., 2006.

Mr. David M. Cowan
Mann, Cowan & Potter, PC
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

Mr. R. Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, AL 36083

Mr. Thomas L. Oliver, II
Carr Allison, PC
100 Vestavia Parkway
Birmingham, AL 35216

_____
Counsel