IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 SEP -5  P 4: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 3:06 cv 795-WKW |
| MCWHORTER FARMS, LLC; | ) |
| MICHAEL L. ADKINS; | ) |
| LIFESTAR RESPONSE OF | ) |
| ALABAMA, INC. d/b/a CARE | ) |
| AMBULANCE, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO STAY DISCOVERY PENDING RULE 26(f) MEETING

Come now the defendants McWhorter Farms, LLC ("McWhorter Farms") and Michael L. Adkins ("Adkins") and move this Honorable Court to enter an order staying all discovery efforts in this cause in accordance with Rule 26(d) of the Federal Rules of Civil Procedure. As grounds for said motion, these defendants show unto this Honorable Court as follows:

1. The plaintiff filed his original action in the Circuit Court of Macon County, Alabama on August 2, 2006.

2. Along with the summons and complaint, plaintiff filed and served interrogatories and requests for production of documents on all defendants along with Rule 30 and Rule 30(b)(5) & (6) Notices of Taking Depositions of Defendants for October 2, 2006.

4. This case is being removed simultaneously herewith to this Honorable Court by Notice of Removal.

5. Rule 26(d) of the Federal Rules of Civil Procedure states "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)," and the Court is requested to enter an order staying all discovery efforts until the parties have met and complied with Rule 26(f) of the Federal Rules of Civil Procedure.

WHEREFORE, THE PREMISES CONSIDERED, these defendants respectfully request that this Honorable Court enter an order staying discovery in this cause until thirty days after the parties have met in accordance with Rule 26(f) and have made their initial disclosures within the twenty-day period after the meeting of the parties as required by Rule 26(a)(1)(A-D) of the Federal Rules of Civil Procedure.

_____
STEVEN K. HERNDON - HER028
Attorney for Defendants
McWhorter Farms, LLC and
Michael L. Adkins

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
60 Commerce Street Suite 904
P. O. Box 4190 (36103)
Montgomery, AL 36104
Telephone: (334) 834-9950
Fax: (334) 834-9950
steve@ghhclaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served the foregoing upon the following by placing a copy of same in the U. S. Mail, postage prepaid, and properly addressed the 5th day of September, 2006:

Mr. David M. Cowan
Mann, Cowan & Potter, PC
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

Mr. R. Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, AL 36083

Mr. Thomas L. Oliver, II
Carr Allison, PC
100 Vestavia Parkway
Birmingham, AL 35216

Steven K. Herndon