IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:06-cv-795-WKW |
| | ) |
| McWHORTER FARMS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants McWhorter Farms, LLC, and Michael L. Adkins' Motion to Stay Discovery Pending Rule 26(f) Meeting (Doc. # 4), it is ORDERED that the motion is GRANTED. Pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, the parties may not seek discovery prior to the Rule 26(f) conference.

**DONE** this 7th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE