IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-795-WKW |
| | ) |
| MCWHORTER FARMS, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### O R D E R

Upon consideration of the defendant's Motion to Dismiss (Doc. #7) filed on September 7, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on October 11, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before October 4, 2006. The defendant may file a reply brief on or before October 11, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages.**

DONE this the 14th day of September, 2006.

                                         /s/  W.  Keith Watkins
                             UNITED STATES DISTRICT JUDGE