IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:06-cv-795-WKW |
| | ) |
| MCWHORTER FARMS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO STAY

COMES NOW the Plaintiff, Luther L. Billingsley (hereinafter "Billingsley"), who hereby requests an Order from this Court staying all matters until such time as the Court issues a ruling on Billingsley's Motion to Remand. In support of this motion, Billingsley states as follows:

1.  On or about September 26, 2006, Billingsley filed a Motion to Remand with this Court. In said motion, Billingsley raises very serious questions regarding the propriety of the removal of this case.. Accordingly, Billingsley respectfully requests an Order from this Court staying all matters until such time as this motion is heard and ruled upon. A stay of this matter would serve the interest of judicial economy, and would enable the parties to, potentially, avoid duplicitous discovery efforts in this case.

WHEREFORE, Billingsley requests an Order from this Court staying all matters pending a ruling on his Motion to Remand.

Respectfully Submitted,

S/ DAVID M. COWAN
ASB-4957-W85D
*Attorney for Plaintiff*
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663
E-mail: David@mcplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 26th day of September, 2006, electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants via U.S. mail:

Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
Post Office Box 4190
Montgomery, Alabama 36103

Thomas L. Olliver, II, Esq.
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, Alabama 35216

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

S/ DAVID M. COWAN
OF COUNSEL