IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LUTHER L. BILLINGSLEY,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: CV 3:06 CV 795-WKW |
| ) | |
| v. ) | |
| ) | |
| McWHORTER FARMS, LLC; MICHAEL L. ) | |
| ADKINS; LIFESTAR RESPONSE OF ) | |
| ALABAMA, INC, D/B/A CARE ) | |
| AMBULANCE, et al., ) | |
| ) | |
| Defendant. ) | |

**LIFESTAR RESPONSE OF ALABAMA, INC.'S OBJECTION
TO PLAINTIFF'S MOTION TO STAY**

COMES NOW the Defendant, **Lifestar Response of Alabama, Inc.**, (hereinafter "Lifestar"), and hereby objects to the Plaintiff's Motion to Stay on the following grounds:

1. In support of the Plaintiff's Motion to Stay, the Plaintiff suggests that this Court should stay these litigation proceedings until such time as the Court rules on the Plaintiff's Motion to Remand so that the parties can avoid "duplicitous discovery efforts in this case." (Pl.'s Mot. Stay ¶ 1). However, on September 7, 2006, the Court granted Defendant McWhorter Farms, LLC's Motion to Stay Discovery Pending Rule 26(f) Meeting. As such, there is no risk of the parties conducting duplicative discovery and, further, there is no need to stay the entire litigation proceedings. Indeed, the Court has before it a ripe Motion to Dismiss filed by Lifestar.

2. Furthermore, Lifestar's Motion to Dismiss alleges that the Plaintiff failed to meet the pleading specificity requirements of § 6-5-551. Likewise, Defendant McWhorter Farms, LLC's Removal Petition alleges that the Plaintiff fraudulently joined Lifestar because the Plaintiff did state

a valid cause of action under § 6-5-551 against Lifestar. Thus, removal/remand and Lifestar's Motion to Dismiss share a common question of law that can and should be decided by this Court contemporaneously.

WHEREFORE, PREMISES CONSIDERED, Lifestar respectfully requests that this Court enter an Order denying the Plaintiff's Motion to Stay.

s/ Thomas L. Oliver, II
Thomas L. Oliver, II (OLI013)
Lea Richmond, IV (RIC062
Attorneys for Defendant Lifestar Response of Alabama, Inc.

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:    (205) 822-2057

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

David M. Cowan, Esq.
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209

R. Keith Thomas, Esq.
**R. KEITH THOMAS, L.L.C.**
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

Steven K. Herndon, Esq.
**GIDIERE, HINTON, HERNDON & CHRISTMAN**
P.O. Box 4190
Montgomery, Alabama 36103

Shane Oncale, Esq.
**CLARK, DOLAN, MORSE, ONCALE & HAIR, P.C.**
Suite 850
800 Shades Creek Parkway
Birmingham, Alabama 35209

                                            s/ Thomas L. Oliver, II
                                            OF COUNSEL