IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUTHER L. BILLINGSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:06-cv-795-WKW |
| | ) | |
| MCWHORTER FARMS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REPLY BRIEF**

COMES NOW the Plaintiff, Luther L. Billingsley (hereinafter "Billingsley"), who responds as follows to "Reply to the Plaintiff's Objection to Lifestar Response of Alabama, Inc.'s Motion to Dismiss":

1.      It is worthy of note that Lifestar Response of Alabama, Inc. (hereinafter "Lifestar") does not cite the Court to a single case in support of the proposition that the appropriate remedy in this case is for Billingsley's Complaint be dismissed, presumably with prejudice.  One would think that if a party was willing to ask the Court for such a draconian measure, the party  would at least acknowledge that there is absolutely no case authority whatsoever to support the request.  Yet, that is exactly what Lifestar has done in this case – requested a complete dismissal with prejudice of Billingsley's Complaint even though there is no Alabama case authority to support Lifestar's request.

2.      In its pleading, Lifestar makes reference to the allegations of fraudulent joinder made by Lifestar's Co-Defendants, McWhorter Farms and Michael Adkins.  Interestingly, Lifestar, the alleged fraudulently joined Defendant, makes no such claim.  In fact, except for a passing reference to the Co-Defendants allegations of alleged fraudulent joinder, Lifestar makes no claim that it was

fraudulently joined in this case. *The fact that Lifestar itself is completely unwilling to allege that it was fraudulently joined in this case speaks volumes with regard to any allegation of fraudulent joinder made by any party.*

3.     For the reasons stated herein and in previous pleadings, Billingsley respectfully requests that Lifestar's Motion to Dismiss be denied.

Respectfully Submitted,

S/ DAVID M. COWAN
ASB-4957-W85D
*Attorney for Plaintiff*
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663
E-mail: **David@mcplaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 5th day of October, 2006, electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants via U.S. mail:

Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
Post Office Box 4190
Montgomery, Alabama 36103

Thomas L. Olliver, II, Esq.
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, Alabama35216

Shane M. Oncale, Esq.
Clark Oncale Hair & Smith, PC
800 Shades Creek Parkway
Suite 850
Birmingham, Alabama 35209

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

S/ DAVID M. COWAN
OF COUNSEL