IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-795-WKW |
| | ) |
| McWHORTER FARMS, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion to Stay (Doc. # 11) all matters pending a ruling on a motion to remand, it is ORDERED that the motion is DENIED as MOOT. By Order (Doc. # 6) dated September 7, 2006, this Court has already ruled that the parties may not seek discovery prior to the Rule 26(f) conference.

DONE this 13th day of October, 2006.

                                                  /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE