IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:06-cv-795-WKW |
| | ) |
| MCWHORTER FARMS, LLC; | ) |
| MICHAEL L. ADKINS; | ) |
| LIFESTAR RESPONSE OF | ) |
| ALABAMA, INC. d/b/a CARE | ) |
| AMBULANCE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now Jack B. Hinton, Jr. and gives notice to the Court of his appearance as counsel of record for McWhorter Farms, LLC and Michael Adkins in the above styled case and hereby requests the Clerk and the other parties to add his name to the certificate of service and to serve him with any and all pleadings, notices, orders or other items relative to this matter.

Respectfully submitted,

_____
Jack B. Hinton, Jr. (HIN020)
Attorney for Defendants
McWhorter Farms, LLC and
Michael L. Adkins

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054
jay@ghhclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 18th day of October, 2006.

Mr. David M. Cowan
Mann, Cowan & Potter, PC
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

Mr. R. Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, AL 36083

_____
Counsel

2