IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:06-cv-795-WKW |
| | ) |
| MCWHORTER FARMS, LLC; | ) |
| MICHAEL L. ADKINS; | ) |
| LIFESTAR RESPONSE OF | ) |
| ALABAMA, INC. d/b/a CARE | ) |
| AMBULANCE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION TO FILE**
**RESPONSE TO MOTION TO REMAND**

Come now defendants McWhorter Farms, LLC and Michael Adkins by and through undersigned counsel and request this Honorable Court to grant defendants a one week extension to file their response to plaintiff's Motion to Remand and in support thereof states as follows:

1. The above styled action was initially filed in the Circuit Court of Macon County, Alabama (CV-06-158) on August 2, 2006.

2. These defendants filed a Notice of Removal with this Court on September 5, 2006.

3. Plaintiff filed a Motion to Remand the case back to the Circuit Court of Macon County on September 26, 2006.

4. On September 28, 2006, this Honorable Court entered an Order instructing the defendants to submit a response to the Motion to Remand on or before **October 19, 2006,**

with the plaintiff's reply brief due on or before **October 26, 2006**.

5. Undersigned counsel's partner's (and lead counsel for these defendants) mother-in-law passed away on October 17, 2006, and the defendants request this Honorable Court to grant them an additional seven days to file their response to the plaintiff's Motion to Remand, making it due on or before **October 26, 2006**. Plaintiff's reply brief would then be due on or before **November 2, 2006**.

6. Undersigned counsel has spoken with plaintiff's counsel, and plaintiff's counsel has no objection to the Court granting this extension.

WHEREFORE PREMISES CONSIDERED, defendants McWhorter Farms, LLC and Michael Adkins respectfully request this Honorable Court grant these defendants a one week extension to file their response to plaintiff's Motion to Remand making it due on or before **October 26, 2006**, and plaintiff's reply to the same due on or before **November 2, 2006**.

Respectfully submitted,

_____
Jack B. Hinton, Jr. (HIN020)
Steven K. Herndon (HER028)
Attorney for Defendants
McWhorter Farms, LLC and
Michael L. Adkins

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054
jay@ghhclaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 18th day of October, 2006.

Mr. David M. Cowan
Mann, Cowan & Potter, PC
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

Mr. R. Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, AL 36083

_____
Counsel