IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-795-WKW |
| | ) |
| McWHORTER FARMS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants McWhorter Farms, LLC, and Michael Adkins' Motion for Extension to File Response to Motion to Remand (Doc. # 18), it is ORDERED that the motion is GRANTED. The deadline for the defendants to file a response is extended from October 19, 2006, to October 26, 2006. The deadline for the plaintiff to file a reply is extended from October 26, 2006, to November 2, 2006.

DONE this 19th day of October, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE