IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:06-cv-795-WKW |
| ) | |
| MCWHORTER FARMS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, Luther L. Billingsley (hereinafter "Billingsley"), who hereby moves for leave to amend the complaint filed in this case. In support of this motion, the Plaintiff states as follows:

1. The Defendants contend that the Plaintiff's allegations against Defendant Lifestar Response of Alabama, Inc. d/b/a Care Ambulance (hereinafter "Lifestar") do not comply with Ala. Code § 6-5-551 (1975). Additionally, the Defendants McWhorter Farms LLC (hereinafter "McWhorter) and Michael L. Adkins (hereinafter "Adkins") content that Billingsley's inclusion of the Defendant Lifestar in this case is fraudulent and "frivolous." However, those allegations are completely devoid of any proof or suggestion of proof. This is true even though the governing law places the burden of demonstrating fraudulently joinder squarely upon the Defendants.

2. The Plaintiff Luther Billingsley proffers his First Amended Complaint so as to clarify Billingsley's motive for including Lifestar as a Defendant in this case. Plaintiff Billingsley has a valid claim to make against that Defendant, and he should be allowed to answer the allegations made by Defendants McWhorter and Adkins.

3. Ala. R. Civ. P. 20 specifically provides that all persons or entities may be joined in one (1) action as Defendants where any right to relief arises out of th same "series of transactions or occurrences . . . ." The allegations made in Plaintiff Billingsley's Complaint are part and parcel of the same "series of transactions or occurrences", to wit: the automobile wreck giving rise to this suit. Thus, Lifestar's inclusion as a Defendant in this case is proper under Alabama law.

4. Fed. R. Civ. P. 15 provides that "leave shall be freely given when justice so requires." The Plaintiff Billingsley contends that justice requires leave to be given in this case in light of the unfounded and unsubstantiated assertions by the Defendants McWhorter and Adkins of <u>fraudulent</u> joinder and frivolous conduct. Said amendment is intended to demonstrate to the Court that the Plaintiff Billingsley has valid and serious motives for pursuing a case against Lifestar.

WHEREFORE, Plaintiff Luther Billingsley respectfully requests leave to amend his complaint.

Respectfully Submitted,

s/ David M. Cowan
ASB-4957-W85D
*Attorney for Plaintiff*
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663
E-mail: David@mcplaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 31st day of October, 2006, electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants via U.S. mail:

Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
Post Office Box 4190
Montgomery, Alabama 36103

Shane M. Oncale, Esq.
Clark Oncale Hair & Smith, PC
800 Shades Creek Parkway
Suite 850
Birmingham, Alabama 35209

Thomas L. Olliver, II, Esq.
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, Alabama35216

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

                                        s/ David M. Cowan
                                        OF COUNSEL