IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-795-WKW |
| | ) |
| McWHORTER FARMS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint (Doc. # 22), it is

ORDERED that the defendants shall file a response **on or before November 13, 2006.**

DONE this 2nd day of November, 2006.


　　　　　　　　　　　　　　　  /s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE