IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUTHER L. BILLINGSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:06-cv-795-WKW |
| | ) | |
| MCWHORTER FARMS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT**

COMES NOW the Plaintiff, Luther L. Billingsley (hereinafter "Billingsley"), who hereby moves this Court for an order striking the Affidavit of Defendant Michael L. Adkins (hereinafter "Adkins") from the record. In support of this motion, Billingsley submits as follows:

1.     Recently, the Defendants McWhorter Farms, LLC (hereinafter "McWhorter") and Adkins filed an Opposition to Billingsley's Motion for Leave to Amend the Complaint. Included within said "opposition" was an Affidavit from Adkins. Billingsley contends that said Affidavit should be stricken from the record because it is false and fraudulent.

2.     Attached as Exhibit A is a true and accurate copy of the ambulance run report from Defendant Life Star Response of Alabama, Inc. d/b/a Care Ambulance (hereinafter "Lifestar"). On the first page of the run report, in approximately the middle of the page, there is a section entitled "summary of care." The summary clearly indicates that Billingsley was transferred "from ground to cot" by " LSB," believed to be Long Spine Board. In other words, Lifestar's own report states that Billingsley was transferred into the ambulance from the ground with the use of a transfer board.

3.     In his Affidavit, Adkins states that "Mr. Billingsley climbed into the ambulance, and

I climbed into the ambulance after him." As the Court will see, Adkins' Affidavit is completely contrary to the actual run report from Lifestar with regard to the transfer of Billingsley from the ground to the ambulance.

4.      There is an obvious motive for Defendant Adkins to falsify an Affidavit, to wit: to assist in the allegations made in this case of alleged fraudulent joinder. Adkins is attempting to concoct a story whereby Lifestar would, allegedly, have had no opportunity to drop Billingsley while transferring him because, according to Adkins, Billingsley climbed in the ambulance on his own. Thus, Adkins would argue that Billingsley could not have been dropped during the transfer because, allegedly, he was not transferred. This conclusion would support the Defendants' allegations of fraudulent joinder. However, Lifestar's own records demonstrate the falsity of Adkins' Affidavit. The run report clearly indicates that Billingsley was transport by board from the ground to the ambulance and Billingsley contends that is exactly when he was dropped by the ambulance personnel. Accordingly, the run report demonstrates that the ambulance personnel had the opportunity to drop Billingsley and Billingsley's initial and Amended Complaint indicate that he was, in fact, dropped during a patient transfer.[1]

WHEREFORE, Billingsley respectfully requests that the Court strike Defendant Adkins' false, fraudulent and deceitful Affidavit from the record.

Respectfully Submitted,

s/ David M. Cowan
ASB-4957-W85D
*Attorney for Plaintiff*

---

[1]As to the remainder of the Defendants' Opposition to Plaintiff's Motion for Leave to Amend Complaint, Billingsley relies upon his previous pleadings filed in this case.

**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663
E-mail: David@mcplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 16th day of November, 2006, electronically filed the above and  foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants via U.S. mail:

Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
Post Office Box 4190
Montgomery, Alabama 36103

Shane M. Oncale, Esq.
Clark Oncale Hair & Smith, PC
800 Shades Creek Parkway
Suite 850
Birmingham, Alabama 35209

Thomas L. Olliver, II, Esq.
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, Alabama35216

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

s/ David M. Cowan
OF COUNSEL

# Exhibit A

Case 3:06-cv-00795-WKW-TFM     Document 26-2     Filed 11/16/2006     Page 1 of 2

# CARE Ambulance
## A LifeStar Response Company

| | |
|---|---|
| Patient Care Report # | Alabama Office |
| | 1 1 F 5 4 |

(54)

| Name: Last, Billingsley | First Luther. | MI | DOB 2.2-42 | Sex M | SVC Date 3/14/06 | PKUP Time: ASAP | Resp 1 / 3 Trans ① 3 |

**Patient Address**
~~3tt~~ 3010 Hwy 14W
Auburn, AL

**Origin Name:** Dept / Rm
**Origin Address:** 85-S MM 24 Shorter AL
(Document Complete Address including Zip)

**Destination Name:** Dept / Rm
**Destination Address:** 1725 Pine St Mtg AC 36116
(Document Complete Address including Zip)

**Phone:** 824-3421   **S.S. #** 422-56 1224   **Sending MD:** ~~B~~   **Receiving MD:** Parrish

**Emergency Contact:**   Name:   Address:   Phone

| Signs & Symptoms | Pain | LOC | Skin | L. Pupils R | ABDMN | Neuro/Vasc Int | Lungs | O2 Sat | Cardiac |
|---|---|---|---|---|---|---|---|---|---|
| __Anxiety __Hypertension | X Head | Ⓐ | __Cool __Pale | X Normal | __Soft | Extrm LUE LLE RUE RLE | Clear | 98% | Starting ECG |
| __Vomiting __AirwyObstr | X Neck | V | X Warm __Cyn | __Sluggish | __Tender | Pulse | __Rales | Room | |
| __Dehydrated __Nausea | X Back | P | __Moist __Flush | __Dialated | __Distend | Sens | __Rhonci | 100% | |
| __Diaphoretic __Paralysis | __Chest | U | X Dry __Jaundc | __Constricted | __Rigid | Motor | __Wheezes | Via | Ending ECG |
| __Hemorrhage X Resp Distress | __Abd | | __Unremarkable | __Non-Reactive | X Unrmkbl | CRT | __Decreased | LPM 2 | |
| __Syncope X Other | __Estrm | | __Other | __Cataracts | __Other | WNL Mark if Abnormal ex plain in narative | Inp: Ex p | | |
| __Lacerations __None | | | | | | | | | |

**SUMMARY OF CARE:** (Origin) Trans Pt from Gurny to Cot Method: __ Sheet Lift ✓ Other: LSB __ Secured w/ Straps __ Covered w/ Blankets
Monitored Vitals during trans? ✓ Y __ N (Dest) Trans Pt from Str to Bed Method ✓ Sheet Lift __ Other LSB Complications? Y N

**Reason for Transport / Chief Complaint** (Why is the patient being transported today?): MVC

**What Specific Service is required but not avail at orig facility?** MD EVaL

**Pertinent Medical Hx** DM

---

### Observations / Narrative

**Why Does the Patient Require an Ambulance for This Transport? (instead of a Van or Car)**

**Medical Necessity:**

**Current Medications** unk

---

**Narrative:**
A- 64 y/o blm standing by roadway

C- pain head, neck, & back 2° MVC
H- DM
A- AOx3; pt. unsure of any LOC; restrained driver, ⊕ air bag deployment, major damage throughout (possible rollover), hematoma to back of head; pt. c/o pain head, neck, & back; PERRL; PMS x4; secondary survey revealed Ø further injuries
R- c̄ SpO₂ O₂@ 2 lpm; LSB c̄ CID w/ collar; IV 0.9% NaCl @ KVO

T- Jackson - ER s̄ incident

**Allergies:** NKDA

**IV Main/Admin** Prov # 2 None
Gauge: 18 Location: EAC
Attempts: 1 Success: Yes
X IV Type NS Rate KVO Dose
__ IV Type __ Rate __ Dose
__ IV Type __ Rate __ Dose

**Airway Maintenance** Prov # ___ None
Airway __OPA __NPA __NG Tube
ETT: Size ___mm Depth ___cm BBS __y__n
Vent: TV ___ FIO2 ___% PEEP ___
Rate ___ Peak ___ P.S. ___ Temp ___

**Oxygen Therapy** Prov # 2 None
X Nasal Cannula __ Venturi Mask __ NRB
__ Trach Collar __ BVM __ PPD
LPM 2 Duration ___ Min

**Waiting Time > 0:30 Reason?**

**Mileage:** End / Start / Total

### Physician Order's Verification
Physician Signature: _____
Cont on Narrative? __ Y X N

| Prov # | Time | Blood Pressure | Pulse | Resp | ECG | Sat% | Care Provided |
|---|---|---|---|---|---|---|---|
| 1 | 2148 | 180 / P | 84 | W | - | 98 | v/s SpO₂-O₂ LSB-CID |
| 2 | 2212 | 182 / P | 88 | 20 | - | 100 | C collar, IV s̄ % @ KVO |

**Documentation of Times**
| Dispatch | Enroute 10-76 | Arrive 10-23 |
|---|---|---|
| 2135 | 2135 | 2147 |

| Transport | Arrive Dest | Clear 10-8 |
|---|---|---|
| 2214 | 2230 | 2323 |

| | Signature: | Printed Name: | Certification | I.D. Number |
|---|---|---|---|---|
| Prov: 1 Driver | Cuda Dicks | D. Dicks | B | 0014141 |
| Prov: 2 Tech | Iny Myz | T. Rogers | P | 9700378 |
| Prov: 3 Other | | | | |

**Level of Care Provided**
__ PICU / NICU
__ CCN
X ALS
__ BLS

**Unit Number:** 014