IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-795-WKW |
| ) | |
| McWHORTER FARMS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Strike Affidavit (Doc. # 26), it is ORDERED that the defendants shall file a response **on or before November 27, 2006.**

DONE this 17th day of November, 2006.

                /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE