**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LUTHER L. BILLINGSLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No: 3:06-CV-795** |
| ) | |
| **MCWHORTER FARMS, LLC; MICHAEL** ) | |
| **L. ADKINS; LIFESTAR RESPONSE OF** ) | |
| **ALABAMA, INC. d/b/a CARE** ) | |
| **AMBULANCE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

NOTICE OF CHANGE OF ADDRESS

COMES NOW Defendant Lifestar Response of Alabama, Inc. and submits a change of address for counsel of record, effective February 23, 2007, as follows:

Shane M. Oncale
Jones, Ayers & Oncale
PO Box 530781
Birmingham, AL 35253

Firm Phone Number: (205) 670-5575
Fax Number: (205) 670-5572

/s/ Shane M. Oncale
Shane M. Oncale (ONC002)
Attorney for Defendant

OF COUNSEL:

JONES, AYERS & ONCALE
P.O. Box 530781
Birmingham, AL    35253
Telephone:    (205) 670-5575
Fax:            (205) 670-5572

CERTIFICATE OF SERVICE

       I hereby certify that I have on this the ___29th___ day of February, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of each filing to the following:

Steven Herndon
Gidiere, Hinton, Herndon
& Christman
PO Box 4190
Montgomery, AL 36103

David M. Cowan
Mann, Cowan & Potter, PC
2000 B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

Mr. R. Keith Thomas
PO Box 830899
Tuskegee, AL 36083

Mr. Thomas Oliver
Carr, Allison, PC
100 Vestavia Pkwy, Ste. 200
Birmingham, AL 35216

                                                         _/s/ Shane M. Oncale_____
                                                         OF COUNSEL