**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Billingsley v. McWhorter Farms, LLC et al**

**Case Number:3:06-cv-00795-WKW**

**Referenced Pleading:    Notice of Change of address**
**Docket Entry Number:     29**

**The referenced pleading was filed on \*\*\*March 1, 2007\*\*\* in this case and**
**is hereby STRICKEN as an erroneous  docket entry pursuant to conversation with office of**
**E-filer.**

**Parties are instructed to disregard #29 docketing entry, which has been stricken from the**
**record as a docketing error.**