IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER L. BILLINGSLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:06-cv-795-WKW |
| | ) |
| MCWHORTER FARMS, LLC; | ) |
| MICHAEL L. ADKINS; | ) |
| LIFESTAR RESPONSE OF | ) |
| ALABAMA, INC. d/b/a CARE | ) |
| AMBULANCE, et al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: McWhorter Farms, LLC is a wholly owned limited liability corporation owned and operated by David McWhorter.

Dated this 9th day of March, 2007.

                                                          s/Steven K. Herndon
                                                          Steven K. Herndon (HER028)
                                                          Attorney for Defendants
                                                          McWhorter Farms, LLC and
                                                          Michael L. Adkins

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054